DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ROBERT COPE** a/k/a **ROBERT A. COPE; ROBERT COPE, SUCCESSOR TRUSTEE OF BETTY J. MARKS REVOCABLE TRUST AGREEMENT DATED MAY 4, 2004,**
Appellant,

v.

**U.S. BANK N.A., AS TRUSTEE, ON BEHALF OF THE HOLDERS OF THE J.P. MORGAN ALTERNATIVE LOAN TRUST 2007-SI MORTGAGE PASS-THROUGH CERTIFICATES,**
Appellee.

No. 4D22-1336

[May 18, 2023]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Andrea Gundersen, Judge; L.T. Case No. CACE18-21891.

Michal Slavik of The Ticktin Law Group, P.A., Deerfield Beach, for appellant.

William L. Grimsley and Kimberly Held Israel of McGlinchey Stafford, Jacksonville, for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, FORST and ARTAU, JJ., concur.

\*       \*       \*

***Not final until disposition of timely filed motion for rehearing.***